# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARLINE SIMINGTON,** | **Case No.: 5:11-cv-01391-M** |
| **Plaintiff** | **AFFIDAVIT OF GARY T. SHORE IN SUPPORT OF ZWICKER & ASSOCIATES, P.C.'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **ZWICKER & ASSOCIATES, P.A.,** | |
| **Defendant** | |

I, Gary T. Shore, on oath depose and state as follows. I have personal knowledge of the matters set forth herein:

1.      I am Vice President of Information Technology and Chief Security Officer of Zwicker & Associates, P.C. ("Zwicker") a Massachusetts law firm and professional corporation whose main office is located at 80 Minuteman Road, Andover, MA 01810 and which has branch offices in various states.   In that capacity, subject to directives issued by the firm's attorneys, I oversee all of the firm's information technology and related processes.   I have been employed by Zwicker since 1993 and I have had these responsibilities over the entire time that I have been employed by Zwicker.

2.      Zwicker maintains an electronic database of account records for all accounts which are forwarded by Zwicker's clients to the firm.   This database is called the "Recovery Management System" or "RMS."   Part of my responsibility is to ensure that information regarding the activities undertaken by Zwicker on an account can be entered onto the RMS record.

1

3.     My responsibilities also include overseeing the operation of the autodialer which Zwicker uses to make some of the telephone calls which Zwicker makes to consumers regarding their accounts.  Zwicker's autodialer can be operated in predictive mode or non-predictive mode.  In other words, Zwicker does not have one autodialer and a separate predictive dialer.  I also oversee the process whereby all telephone calls which Zwicker makes on an account using the autodialer are notated on the electronic account record for the account which Zwicker maintains.

4.     The entry on the electronic account record for each autodialer call made on the account lists the date and time of the call and the result of the call.  All calls made using the autodialer are entered on the electronic account record.  In other words, both completed calls, i.e., calls which were answered by a live person, an answering machine or a voicemail, or incomplete calls, i.e., those in which there was no answer, are entered on the electronic account record.  For each call made using the autodialer, the entry made on RMS includes the last four digits of the telephone number called.

5.     Attached hereto as Exhibit 1 is the report of all dialer calls made by Zwicker on Ms. Simington's account going forward from the date on which Zwicker first received the account, September 1, 2009, until the present.  This report is part of the electronic account record for Ms. Simington's account which Zwicker maintains as a business record as described in the affidavit of Michael Koziol.

6.     As shown in Exhibit 1, during the period from September 3, 2009 through January 14, 2010, Zwicker made a number of calls on Ms. Simington's account using the autodialer.  As shown on Exhibit 1, most of the calls made using the autodialer were to

2

the telephone number ending in "8317," and the remaining calls made using the autodialer were to the telephone number ending in "7119." As Exhibit 1 shows, Zwicker did not make any call using the autodialer to telephone number 580-695-1983, the telephone number which, I have been informed, Ms. Simington claims is for her cell phone.

7.      Zwicker has implemented procedures to assure that Zwicker personnel cannot call cell phone numbers by using the autodialer.   Rather, because of the procedures which Zwicker has implemented, Zwicker personnel must dial cell phone numbers manually.

8.      Zwicker does not furnish information to consumer reporting agencies.

9.      Zwicker does not make pre-recorded calls.

Signed under the penalties of perjury this 1st day of October, 2012.

_____

Gary T. Shore

## COMMONWEALTH OF MASSACHUSETTS

Essex, ss

On this 1st day of October 2012, before me, the undersigned notary public, Gary Shore personally appeared and proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires

3



ROBERT WARREN THUOTTE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 26, 2017

# EXHIBIT 1

```
Acct...: ████████1940                          Birthdate....:
SOCIAL S ████████6          DO NOT CONTACT      ████████.....:  ██████
Name...: SIMINGTON,MARLINE                      ████████.....:  ██████
Name 2.: ,                                      Recoverer...: ATTY
Address:                          Bal           Agncy/Atty..: HSOK
Address:                     *NO Z&A CALLS       Interest %..: ██████
City...: ██████    ████ Ph(Ho).:                Received.....: 9/01/09
Ph(Off): 4999999999  Ph(Ho).: 4999999999        Assigned.....: 1/27/10
```

| Date | Time | Code | Description(Old Data) | User-Id |
|------|------|------|----------------------|---------|
| 1/14/10 | 20:12 | 92291 | Answering Machin - 8317 - DIALER | DIALER |
| 12/29/09 | 21:52 | 92291 | Answering Machin - 8317 - DIALER | DIALER |
| 12/28/09 | 21:33 | 92291 | Answering Machin - 8317 - DIALER | DIALER |
| 12/24/09 | 14:45 | 92291 | Answering Machin - 8317 - DIALER | DIALER |
| 12/22/09 | 21:55 | 92291 | Answering Machin - 8317 - DIALER | DIALER |
| 12/21/09 | 20:52 | 92291 | Answering Machin - 8317 - DIALER | DIALER |
| 12/15/09 | 21:41 | 92291 | Answering Machin - 8317 - DIALER | DIALER |
| 12/09/09 | 21:10 | 92291 | Answering Machin - 8317 - DIALER | DIALER |
| 12/04/09 | 14:42 | 92291 | Other Result - 8317 - tmarks | DIALER |
| 11/30/09 | 21:30 | 92291 | Answering Machin - 8317 - DIALER | DIALER |
| 11/28/09 | 11:17 | 92291 | Answering Machin - 8317 - DIALER | DIALE + |

F3 Go Back F10 Post Comment F13 Debtor Summary F14 Select Trans Roll Up/Down

Acct...:  ████████ 1940                                      Birthdate....: ██████
SOCIAL S ████████ 6              DO NOT CONTACT               █████.......: ██████
Name...:  SIMINGTON,MARLINE                                  █████.......:
Name 2.:  ,                                                  Recoverer....: ATTY
Address:  ████████                    Bal    ████████         Agncy/Atty...: HSOK
Address:                         *NO Z&A CALLS               Interest %...: ████████
City...:  ████████           ████████                        Received.....: 9/01/09
Ph(Off): 4999999999   Ph(Ho).: 4999999999                   Assigned.....: 1/27/10

| Date     | Time  | Code  | Description(Old Data)                   | User-Id  |
|----------|-------|-------|-----------------------------------------|----------|
| 11/23/09 | 21:31 | 92290 | Answering Machin - 8317 - DIALER        | DIALER   |
| 11/19/09 | 11:45 | 92290 | Answering Machin - 8317 - DIALER        | DIALER   |
| 11/18/09 | 21:37 | 92290 | Answering Machin - 8317 - DIALER        | DIALER   |
| 11/16/09 | 21:15 | 92290 | Answering Machin - 8317 - DIALER        | DIALER   |
| 11/12/09 | 11:24 | 92290 | Answering Machin - 8317 - DIALER        | DIALER   |
| 11/10/09 | 10:38 | 92290 | No Voice Detect - 8317 - DIALER         | DIALER   |
| 11/05/09 | 11:19 | 92290 | Talk To Debtor - 8317 - sweaver         | DIALER   |
| 10/29/09 | 11:27 | 92290 | Talk To Debtor - 8317 - jmitchell       | DIALER   |
| 10/24/09 | 10:24 | 92290 | Answering Machin - 8317 - DIALER        | DIALER   |
| 10/22/09 | 10:46 | 92290 | Answering Machin - 8317 - DIALER        | DIALER   |
| 10/15/09 | 10:48 | 92290 | Answering Machin - 8317 - DIALER        | DIALE +  |

F3 Go Back F10 Post Comment F13 Debtor Summary F14 Select Trans  Roll Up/Down

```
R0137-1        14:33:28    RECOVERY MANAGEMENT MASTER                    Birthdate....:
Acct...:          1940                                                   ........:
SOCIAL S          6          DO NOT CONTACT                             .:
Name...: SIMINGTON,MARLINE                                              ........:
Name 2.: ,                                           Recoverer...: ATTY
Address:                          Bal                Agncy/Atty..: HSOK
Address:                       *NO Z&A CALLS         Interest %..:
City...:                                             Received.....: 9/01/09
Ph(Off): 4999999999  Ph(Ho).: 4999999999            Assigned.....: 1/27/10
Date      Time  Code  Description(Old Data)                          User-Id
10/13/09 15:19 92290        Left Message - 7119 - tmcfall            DIALER
10/01/09 15:46 92289        Other Result - 7119 - cshifflett         DIALER
 9/15/09 09:32 92289        Answering Machi - 8317 - ahenry          DIALER
 9/08/09 14:27 92289        Other Result - 7119 - tadkins            DIALER
 9/03/09 15:44 92289        Left Message - 7119 - rcollins           DIALER
                   ***  END OF HISTORY   ***
```

F3 Go Back  F10 Post Comment  F13 Debtor Summary  F14 Select Trans  Roll Up/Down