IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARLINE SIMINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-1391-M |
| | ) |
| ZWICKER & ASSOCIATES, P.C., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Having determined, by a separate order entered this date, that defendant is entitled to summary judgment, the Court hereby enters judgment in favor of defendant and against plaintiff, MARLINE SIMINGTON.

**Entered at Oklahoma City, Oklahoma this 20th day of November, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE